USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY, et al.,

        Plaintiff,

-against-

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

        Defendants.

21-CV-10420 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, the Court adopts the following case management and scheduling order pursuant to Fed. R. Civ. P. 16:

1. <u>Joinder and Amendment</u>. The parties shall not amend their pleadings, or join additional parties, absent leave of the Court. Any motion to amend or to join additional parties pursuant to Fed. R. Civ. P. 15(a) shall be filed no later than **April 22, 2022**. Any motion to amend or to join additional parties filed after the deadline in this paragraph will be subject to the "good cause" standard in Fed. R. Civ. P. 16(b)(4).

2. <u>Discovery</u>. The parties do not anticipate any discovery.

3. <u>Conference Adjourned</u>. The parties report that they are conferring with regard to plaintiffs' FOIA requests but are not yet in a position to propose a production schedule to the Court. Consequently, the conference scheduled for April 13, 2022 is ADJOURNED to **May 9, 2022,** at **12:00 noon,** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

4. <u>Joint Status Letter</u>. No later than **May 2, 2022**, the parties shall submit a joint status letter updating the Court on the progress of the case, including the schedule

of production, and shall propose a schedule for the filing of summary judgment motions if necessary.

5.  <u>Extensions and Adjournments.</u> Any application for extension or adjournment of the time limits, deadlines or conferences set forth above must be made by letter-motion, in accordance with this Court's Individual Practices as soon as the need for the extension or adjournment is reasonably apparent to the party making the application. Applications made after the expiration of the deadline in question may be summarily denied.

Dated: New York, New York
April 12, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**