UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES, et al.,

      Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

      Defendants.

21-CV-10420 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

The Court has received and reviewed the parties' joint status letter dated May 16, 2022. (Dkt. No. 17.) It is hereby ORDERED that:

1. No later than **April 24, 2023**, defendant United States Department of Health and Human Services (HHS) shall file its motion for summary judgment. Alternatively, the parties shall file a joint status letter, by the same deadline, informing the Court that they do not intend to file motions for summary judgment.

2. No later than **May 22, 2023**, plaintiffs shall file their opposition brief and any cross-motion for summary judgment.

3. No later than **June 12, 2023**, HHS shall file its opposition to plaintiffs' summary judgment motion and its reply brief.

4. No later than **June 26, 2023**, plaintiffs shall file their reply brief.

It is further ORDERED that the conference scheduled for June 7, 2022 is ADJOURNED *sine die*.

Dated: New York, New York
       May 18, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**